UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

GEORGE EDELBLUTE                                    Chapter 13
DEBORAH EDELBLUTE

          Debtor            Bankruptcy No. 14-11124-AMC

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

AND NOW, this _____ day of __Aug._____, 2016 upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

_____
Ashely M. Chan
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
JOHN G. GRAY
POB 339

LIMA, PA 19037


Debtor:
GEORGE EDELBLUTE
DEBORAH EDELBLUTE
1425 BRADLEY STEET

LINWOOD, PA 19061