United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                 Case No. 14-11124-amc
George Edelblute                                                       Chapter 13
Deborah Edelblute
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: ChrissyW            Page 1 of 2            Date Rcvd: Aug 11, 2016
                              Form ID: pdf900           Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 13, 2016.
db/jdb         +George Edelblute,    Deborah Edelblute,    1425 Bradley Steet,    Linwood, PA 19061-4133
13245108       +BAC Home Loans,    PO Box 660694,   Dallas, TX 75266-0694
13265185       +Bank of America,    PO Box 660694,   Dallas, TX 75266-0694
13363450       +Bank of America, N.A,    c/o KML Law Group, P.C.,    701 Market Street, Suite 5000,
                 Philadelphia, PA 19106-1541
13302814       +Exeter Finance Corp.,    P.O. Box 204480,    Dallas, TX 75320-4480
13458407       +Exeter Finance Corporation,    P.O. Box 167399,    Irving, TX 75016-7399
13265186       +Exeter Finance Corporation,    PO Box 4869, Department #280,    Houston, TX 77210-4869
13245107       +George Edelblute,    1425 Bradley Street,    Linwood, PA 19061-4133
13245106        PO Box 339,   Lima, PA 19037-0339
13259431        Palisades Acquisition IX, LLC accordenly,    Vativ Recovery Solutions LLC, dba SMC,
                 As Agent For Palisades Acquisition IX, L,    PO Box 40728,    Houston TX 77240-0728
13265187       +Vati Recovery,    Po Box 40728,   Houston, TX 77240-0728
13265188       +Verizon,    PO Box 1915,   Beltsville, MD 20704-1915
13379420       +Wells Fargo Bank,    PO Box 63491 MAC A0143-042,    San Francisco, CA 94163-0001

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: bankruptcy@phila.gov Aug 12 2016 01:01:34      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 12 2016 01:01:26      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/PDF: ebnnotices@ascensioncapitalgroup.com Aug 12 2016 01:41:35      Exeter Finance Corp.,
                 c/o Ascension Capital Group,    P.O. Box 201347,   Arlington, TX 76006-1347
cr              E-mail/PDF: gecsedi@recoverycorp.com Aug 12 2016 01:24:25      Synchrony Bank,
                 c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
                 Miami, FL  33131-1605
13285875       +E-mail/Text: bankruptcy@cavps.com Aug 12 2016 01:01:23      Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
13283801       +E-mail/Text: JCAP_BNC_Notices@jcap.com Aug 12 2016 01:01:20
                 Collecto Us Asset Managemnt, Inc.,    c o Jefferson Capital Systems LLC,    Po Box 7999,
                 Saint Cloud Mn 56302-7999
13329312        E-mail/PDF: resurgentbknotifications@resurgent.com Aug 12 2016 01:22:08
                 LVNV Funding, LLC its successors and assigns as,    assignee of Arrow Financial Services,,
                 LLC,   Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
13266998        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 12 2016 01:24:55
                 Portfolio Recovery Associates, LLC,    POB 41067,   Norfolk VA 23541
13266717        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 12 2016 01:01:04
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg, PA  17128-0946
13466823        E-mail/PDF: rmscedi@recoverycorp.com Aug 12 2016 01:24:27
                 Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
                                                                                              TOTAL: 10

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13245105        John G. Gray
13265181        John G. Gray
smg*            Pennsylvania Department of Revenue,    Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA  17128-0946
13265184*      +BAC Home Loans,    PO Box 660694,   Dallas, TX 75266-0694
13265183*      +George Edelblute,    1425 Bradley Street,    Linwood, PA 19061-4133
13265182*       PO Box 339,   Lima, PA 19037-0339
                                                                                   TOTALS: 2, * 4, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 13, 2016                              Signature:  /s/Joseph Speetjens

```
District/off: 0313-2           User: ChrissyW              Page 2 of 2                   Date Rcvd: Aug 11, 2016
                               Form ID: pdf900             Total Noticed: 23
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 11, 2016 at the address(es) listed below:
          ALBERT JAMES MILLAR    on behalf of Creditor    PA Dept of Revenue RA-occbankruptcy3@state.pa.us,
           RA-occbankruptcy6@state.pa.us
          ANDREW F GORNALL    on behalf of Creditor    BANK OF AMERICA, N.A. agornall@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          JOHN G. GRAY    on behalf of Debtor George  Edelblute esqjgray@aol.com
          JOHN G. GRAY    on behalf of Joint Debtor Deborah  Edelblute esqjgray@aol.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                             TOTAL: 6
```

UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

GEORGE EDELBLUTE  Chapter 13
DEBORAH EDELBLUTE

Debtor  Bankruptcy No. 14-11124-AMC

Order Dismissing Chapter 13 Case and
Directing Counsel to File Master Mailing List

AND NOW, this _____ day of _____, 201_ upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

ORDERED, that any wage orders are hereby vacated.

Ashely M. Chan
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
JOHN G. GRAY
POB 339

LIMA, PA 19037

Debtor:
GEORGE EDELBLUTE
DEBORAH EDELBLUTE
1425 BRADLEY STEET

LINWOOD, PA 19061